**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Latrice Williams v. Dana Lee

Appellate case number:   01-10-00296-CV

Trial court case number:  0827802

Trial court:                    309th District Court of Harris County

Date motion filed:          November 1, 2013

Party filing motion:        Appellant


      It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ <u>Justice Evelyn Keyes</u>
                        Acting for the Court

Panel consists of: Justices Keyes, Higley, and Massengale


Date:  December 3, 2013